Douglas B. Jacobs 084153
JACOBS, ANDERSON, POTTER AND CHAPLIN
20 Independence Circle
Chico, CA 95973
(530) 342-6144
(530) 342-6310 (Fax)

Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

In re:  ) Case No: 13-22830-B-13J
 )
MARIO JIMMY THOMPSON,  ) **ORDER CONFIRMING PLAN FILED**
 ) **March 1, 2013**
MICHELLE A. HAMMACK-BURNS  )
 )
Debtors.  )
 )

The Chapter 13 Plan filed March 1, 2013, for the above-named Debtors has been transmitted to all Creditors, and it has been determined after notice and opportunity for a hearing that the Debtor's plan satisfies the requirements of *11 USC §1325*.

Therefore, IT IS ORDERED that the plan is confirmed.

IT IS FURTHER ORDERED that:

1. The Debtors shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the Trustee of any change in the Debtor's address;

2. The Debtors shall immediately notify the Trustee in writing of any termination, reduction of, or any other change in the employment of the Debtor; and

3. The Debtors shall appear in court whenever notified to do so by the court.

ORDER CONFIRMING PLAN

1

RECEIVED
May 03, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004781895

IT IS FURTHER ORDERED that the attorney's fees for the debtor's attorney in the full amount of $6,000.00 are approved, $3,000.00 of which was paid prior to the filing of the petition. The balance of $3,000.00, provided that the attorney and debtor have complied with Local Bankruptcy Rule 2016-1(c), shall be paid by the trustee from plan payments at the rate specified in the confirmed plan.

*[signature]*

Approved by the Chapter 13 Trustee
As to form.

Dated:

Dated: May 13, 2013

*[signature]*

Thomas C. Holman
United States Bankruptcy Judge

ORDER CONFIRMING PLAN

2